**Order entered December 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01556-CV

### IN RE ANTONIO CHAVEZ, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23284-84**

## ORDER
Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


        /s/     ADA BROWN
               JUSTICE